UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY R. GROSS, | |
| Plaintiff, | 20 Civ. 5809 (CS) |
| v. | [PROPOSED] ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

WHEREAS, the Court having considered defendant's application dated August 3, 2021, *see* ECF No. 29, seeking to depose expert witness Dr. Yariv Maghen pursuant to his hourly rate for deposition testimony time actually provided;

IT IS HEREBY ORDERED that:

1. Dr. Yariv Maghen shall appear on or before September 15, 2021 during business hours for an oral deposition to be taken by the defendant. The deposition shall last no longer than four hours of testimony time and shall take place remotely by videoconference.

2. Within a reasonable amount of time following the deposition, the defendant shall pay Dr. Maghen $1,428.57 per hour of actual deposition testimony provided. Defendant shall also pay Dr. Maghen for two hours' worth of deposition preparation time, which amounts to $2,857.14.

SO ORDERED: *Cathy Seibel*
_____
HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE

Dated: August 12, 2021
       White Plains, New York