# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

September 24, 2021

| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| *IN RE:* CIVIL CONFERENCES BEFORE U.S.M.J. PAUL E. DAVISON | **ORDER**<br><br>7:20-cv-5809-CS-PED |

    Beginning March 30, 2020, **until further notice**, all parties to civil conferences before Judge Davison shall attend by phone, using the following information:

    <u>Toll-Free Number</u>: (877) 336-1839
    <u>Access Code</u>: 5999739

    The parties should call in from a landline and announce their names before speaking.

    <u>For Settlement Conferences</u>: Clients should NOT be on the conference call. Counsel must have ready telephonic access to clients.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Sep 24, 2021**

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge

9/24/21